| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FINAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Kelley, Susan V. | 2. Court or Organization Bankruptcy Court ED Wis | 3. Date of Report 2/12/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☐ Annual ☑ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2018 to 1/31/2019 |
| 7. Chambers or Office Address 517 East Wisconsin Avenue Milwaukee, WI 53202 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Susan V. | 2/12/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 04/06/18 | Wolters Kluwer Law & Business, book royalties | $8,579.19 |
| 2. 09/27/18 | Wolters Kluwer Law & Business, book royalties | $12,906.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Milwaukee Brewers Baseball Club LP - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankrupotcy Institute | 6/7 - 6/8 | Lake Geneva, Wisconsin | Bankruptcy Seminar | one night hotel, meals, mileage |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelley, Susan V.** | 2/12/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Susan V. | 2/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account 1 | | | | | | | | | |
| 2. Wells Fargo Large Co Core-Inv Fund | A | Int./Div. | | | Sold | 04/18/18 | J | C | |
| 3. Wells Fargo Advantage Large Company Growth | A | Int./Div. | | | Sold | 04/18/18 | J | B | |
| 4. Wells Fargo Advantage Opportunity Inv. | C | Int./Div. | | | Sold | 04/18/18 | K | C | |
| 5. BMO Harris Bank Account | A | Interest | L | T | | | | | |
| 6. Mutual of Omaha Whole Life Insurance Policies | A | Interest | K | T | | | | | |
| 7. UBS Retirement Account | | | | | | | | | |
| 8. IShares U.S. Technology ETF | A | Int./Div. | J | T | Sold (part) | 04/23/18 | K | D | |
| 9. IShares Trust Russell 2000 Index Fund | A | Int./Div. | J | T | Sold (part) | 08/27/18 | K | A | |
| 10. IShares Trust U.S. Basic Materials Sectr Index Fund | A | Int./Div. | | | Sold | 04/23/18 | K | D | |
| 11. IShares Inc MSCI EMU Index Fund | B | Int./Div. | | | Sold | 04/23/18 | M | E | |
| 12. IShares Trust Russell Midcap Index Fund | A | Int./Div. | J | T | Sold (part) | 08/27/18 | K | A | |
| 13. IShares Trust S&P Latin America 40 Index Fund | A | Int./Div. | | | Sold | 04/23/18 | K | C | |
| 14. IShares Tr MSCI All Ctry Asia Ex Japan Index | A | Int./Div. | | | Sold | 04/23/18 | L | E | |
| 15. Guggenheim Solar ETF | A | Int./Div. | | | Sold | 04/23/18 | J | A | |
| 16. Deutsche X-trackers Harvest | A | Int./Div. | J | T | Sold (part) | 04/23/18 | K | A | |
| 17. IShares US Financials ETF | A | Int./Div. | | | Sold | 04/23/18 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Susan V. | 2/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  IShares NASDAQ Biotechnology ETF | A | Int./Div. | J | T | Sold (part) | 08/27/18 | J | A | |
| 19.  Nationwide Future Venue Annuity | | | | | | | | | |
| 20.  Drey Stk Indx SVC | A | Int./Div. | J | T | | | | | |
| 21.  Fnklntvipt Tmp Forgn Vip 3 | A | Int./Div. | J | T | | | | | |
| 22.  Fnklntviptfnklnsmcp Val Vip 2 | A | Int./Div. | J | T | | | | | |
| 23.  Wisconsin Retirement Employee Trust Fund | C | Distribution | K | T | | | | | |
| 24.  Morgan Stanley IRA | | | | | | | | | |
| 25.  Loomis Growth C | B | Int./Div. | | | Sold | 08/28/18 | K | C | |
| 26.  Andeavor | A | Int./Div. | | | Sold | 09/05/18 | K | C | |
| 27.  UNT AAM Global Covered Call and Income | A | Int./Div. | K | T | | | | | |
| 28.  UNT AAM Tactical Income | A | Int./Div. | K | T | | | | | |
| 29.  UNT AAM American Renaissance CIL 216 | B | Int./Div. | | | Sold | 10/24/18 | K | C | |
| 30.  UNT Guggenheim Closed-end Equity and Income | A | Int./Div. | K | T | | | | | |
| 31.  Snapchat, Inc. | A | Dividend | J | T | | | | | |
| 32.  UNT First Trust Biotechnology | A | Dividend | K | T | Buy | 10/24/18 | K | | |
| 33.  Morgan Stanley Inv. Acc't | | | | | | | | | |
| 34.  UNT AAM Global Tech/151 | A | Int./Div. | | | Sold | 05/07/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Susan V. | 2/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UNT AAM Global Basic Materials 15-1 | A | Int./Div. | | | Sold | 07/17/18 | J | A | |
| 36. UNT Guggenheim Health Care 21 | B | Int./Div. | J | T | | | | | |
| 37. UNIT Guggenheim European High Dividend 7 | A | Int./Div. | | | Sold | 12/26/18 | J | A | |
| 38. UNT Guggenheim Healthcare 24 | A | Int./Div. | J | T | Buy | 06/07/18 | J | | |
| 39. UNT Invesco Policy Opp. 2018 | A | Int./Div. | K | T | Buy | 05/07/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Susan V. | 2/12/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Susan V. Kelley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544